UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF PUERTO RICO



| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>RENE MEDINA-ANDINO,<br>Defendant. | INDICTMENT<br><br>CASE NO. 26-_151 (PAD)_<br><br>18 U.S.C. § 1702<br><br>(Four Counts) |

THE UNITED STATES ATTORNEY CHARGES:

COUNT ONE
Obstruction of Correspondence 18 U.S.C. § 1702

On or about April 9, 2024, in the District of Puerto Rico, and within the jurisdiction of this Court,

**RENE MEDINA-ANDINO,**

the defendant herein, did take a package addressed to E.R., which had been in a post office and an authorized depository for mail matter located at Sabana Seca Post Office, 100 PR-866, Toa Baja, Puerto Rico 00952, before it had been delivered to E.R., with design to obstruct the correspondence of the said package. All in violation of 18 U.S.C. § 1702.

COUNT TWO
Obstruction of Correspondence 18 U.S.C. § 1702

On or about December 14, 2022, in the District of Puerto Rico, and within the jurisdiction of this Court,

**RENE MEDINA-ANDINO,**

the defendant herein, did take a package addressed to C.M., which had been in a post office and an authorized depository for mail matter located at Sabana Seca Post Office, 100 PR-866, Toa Baja, Puerto Rico 00952, before it had been delivered to C.M., with design to obstruct the correspondence of the said package. All in violation of 18 U.S.C. § 1702.

COUNT THREE
Obstruction of Correspondence 18 U.S.C. § 1702

On or about December 14, 2022, in the District of Puerto Rico, and within the jurisdiction of this Court,

**RENE MEDINA-ANDINO,**

the defendant herein, did take a package addressed to R.M., which had been in a post office and an authorized depository for mail matter located at Sabana Seca Post Office, 100 PR-866, Toa Baja, Puerto Rico 00952, before it had been delivered to R.M., with design to obstruct the correspondence of the said package. All in violation of 18 U.S.C. § 1702.

COUNT FOUR
Obstruction of Correspondence 18 U.S.C. § 1702

On or about December 14, 2022, in the District of Puerto Rico, and within the jurisdiction of this Court,

**RENE MEDINA-ANDINO,**

the defendant herein, did take a package addressed to Calle Progreso, which had been in a post office and an authorized depository for mail matter located at Sabana Seca Post Office, 100 PR-866, Toa Baja, Puerto Rico 00952, before it had been delivered, with design to obstruct the correspondence of the said package. All in violation of 18 U.S.C. § 1702.

TRUE BILL

FOREPERSON
Date:

**W. STEPHEN MULDROW**
**United States Attorney**

Seth A. Erbe
Assistant U.S. Attorney,
Chief, Financial Fraud & Public Corruption Section

Tania Y. Salas-De Jesús
Special Assistant U.S. Attorney

2